IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ARTURO GARCIA**, on behalf of himself, and all other similarly situated plaintiffs known and unknown, | ) ) ) ) | Case No.: 12-cv-00624 |
| Plaintiff, | ) ) | Honorable Judge Shadur |
| v. | ) ) | |
| **BERUMEN LAWN SERVICES, INC.**, **ISMAEL BERUMEN**, individually and **GERARDO BERUMEN**, individually | ) ) ) ) | ***JURY DEMAND*** |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO AMEND DEFAULT JUDGMENT ENTERED JANUARY 14, 2013 TO ADD REASONABLE ATTORNEYS' FEES INCURRED IN POST JUDGMENT PROCEEDINGS**

NOW COMES Plaintiff, **ARTURO GARCIA**, on behalf of himself and all other Plaintiffs similarly situated, by his attorneys of record, and in support of his Motion To Amend Default Judgment Entered January 14, 2013 To Add Reasonable Attorneys' Fees Incurred In Post Judgment Proceedings, states as follows:

1. On January 8, 2013, this Court entered a default judgment against all defendants in this matter in the amount of $14,291.75. (See Docket # 27).

2. On February 11, 2013, Defendants filed their Motion to Reopen Case. (See Docket # 29).

3. On February 21, 2013, the court entered its order Denying Defendants' Motion. (See Docket #31).

1

> MINUTE entry before Honorable Milton I. Shadur: Motion hearing held on 2/15/2013. Defendants' motion to reinstate case and have a settlement conference [29] is denied as stated in open court. Mailed notice by judge's staff. (srb,)

4. On June 13, 2013, Defendants filed their Motion to Vacate the Default Judgment. (See Docket #32).

5. On June 17, 2013, the court delayed ruling on the Defendants' Motion to Vacate the Default judgment to give the parties time prepare to argue the motion. (See Docket # 36).

> MINUTE entry before Honorable Milton I. Shadur: Motion hearing held on 6/17/2013. Defendants' motion to vacate judgment for lack of federal jurisdiction [32] is entered and continued to 7/1/2013 at 9:15 a.m. Mailed notice by judge's staff. (srb,)

6. On July 1, 2013, Defendants failed to appear before this Court to defend the Defendants' Motion to Vacate the Default Judgment and as such the court again delayed ruling on the Defendants' Motion to Vacate. (See Docket # 38).

> MINUTE entry before Honorable Milton I. Shadur: Status hearing held on 7/1/2013 and continued to 7/15/2013 at 9:15 a.m. Defendants' motion to vacate judgment for lack of federal jurisdiction [32] is continued to 7/15/2013 at 9:15 a.m. Mailed notice by judge's staff. (srb,)

7. On July 15, 2013, Defendants once again failed to appear before this Court to defend the Motion to Vacate the Default Judgment and as such the Court struck Defendant's Motion. (See Docket #39).

> MINUTE entry before Honorable Milton I. Shadur: Status hearing held on 7/15/2013. Plaintiff's counsel appeared. Defendants' counsel did not appear. Plaintiff's oral motion to strike defendants' motion to vacate is granted. Defendants' motion to vacate judgment for lack of federal jurisdiction [32] is denied for the reasons stated in open court. Mailed notice by judge's staff. (srb,)

8. As a result of the additional proceeding and the attending tasks necessary to preserve the judgment, Plaintiff Garcia incurred the additional following attorneys' fees and costs.

| | | |
|---|---|---|
| Attorney John Billhorn: | 1.75 hours x $500= | $875.00 |
| Paralegal Jodi Hoare: | .75 hours x $135= | $101.25 |
| Attorney Vincent Beckman: | .25 hours x $500= | $125.00 |
| Attorney Ana Dominguez: | 2 hours x $225= | $450.00 |
| Paralegal Alexandra Sossa: | 1 hour x $140= | $140.00 |
| Law Clerk Sara Dietrich: | 17.2 hours x $85= | $1,462.00 |
| Costs: | | $26.50 |
| | Total: | $3,179.75 |

8. The above fees were reasonably incurred in defense of Defendants' attack on the default judgment, and under the fee shifting provisions of the Fair Labor Standards Act, 29 U.S.C. Section 201, *et seq*., these reasonably incurred fees and costs of Plaintiff's counsel should be awarded.

WHEREFORE, Plaintiff requests this Court to enter an Order granting his Motion To Amend the Judgment entered January 8, 2013 in the amount of $14,291.75 in order to **Add** reasonable Attorneys' Fees And Costs Incurred In Post Judgment Proceedings in the amount of $3,179.75, for a total of $17, 471.50 due to the Plaintiff, and for such other relief the Court deems appropriate under the circumstances.

Respectfully submitted,

***Electronically Filed 07/29/2013***

/s/ John W. Billhorn
_____
John William Billhorn
BILLHORN LAW FIRM

        120 S. State Street, Suite 400
        Chicago, IL 60603
        (312) 853-1450

        Ana Dominguez
        FARMWORKER AND LANDSCAPER
        ADVOCACY PROJECT
        900 N. LaSalle, Suite 900
        Chicago, IL 60602
        (312) 784-3541

        Attorneys' for Plaintiff